◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BEHAHLTER, Appellant.— Present — Williams, P. J., Goldman, McClusky and Henry, JJ.